Jennifer J. Middleton, OSB # 071510
jmiddleton@justicelawyers.com
Meredith Holley, OSB # 125647
mholley@justicelawyers.com
JOHNSON, JOHNSON & SCHALLER, PC
975 Oak Street, Suite 1050
Eugene, OR 97401-3124
Phone:   541/683-2506
Fax:      541/484-0882
      Attorneys for Plaintiff Michael B. Drews

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| MICHAEL B. DREWS,<br><br>    Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, INC., dba LOWE'S HIW, INC., and CYNTHIA B. RUSS<br><br>    Defendants. | Case No. 6:14-cv-00926-AA<br><br>▮▮▮▮▮▮ ▮▮▮▮▮▮ JUDGMENT AS TO DEFENDANT CYNTHIA B. RUSS |

Plaintiff's motion for an order for entry of judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and his supporting declaration having been considered by the Court, it is HEREBY ORDERED:

Plaintiff Michael B. Drews shall recover from Defendant Cynthia B. Russ the amount of $300,000, with postjudgment interest pursuant to 28 USC § 1961 at the current rate of 0.25

PAGE 1 – EXHIBIT A - PROPOSED JUDGMENT AS TO DEFENDANT CYNTHIA B. RUSS

percent. Interest shall be computed and compounded as provided by statute from the date of entry of this judgment until paid in full.

DATED this __24__ day of __March__, 2015.

_____
Hon. Ann L. Aiken
Chief Judge, US District Court

PAGE 2 – EXHIBIT A - PROPOSED JUDGMENT AS TO DEFENDANT CYNTHIA B. RUSS